IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TOM and JERRY REED, MBM MANAGEMENT & CONSULTING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SMITH, and PHILLIP MARC HAYS,<br>            Defendants. | Case No. CV-22-51-GF-BMM<br><br>**ORDER** |

Upon the unopposed motion of Plaintiffs pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion to voluntarily dismissal without prejudice is GRANTED.

Dated this 24th day of October, 2022

_____
Brian Morris, Chief District Judge
United States District Court